Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
2441 G Street, Suite A
Bakersfield, CA 93301
Phone: (661) 323-7933 Fax: 323-9855
bob@kernbankruptcy.law

Attorney for Debtor,
Catherine Thaden
22324 Thompson Canyon Avenue
Caliente, CA 93518

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re                              ) Chapter 13
                                   ) Case #25-14226-B-13K
CATHERINE MARIE THADEN,            ) D.C. #RSW-2
                                   )
                                   ) Date: April 8, 2026
                                   ) Time:  9:30 a.m.
                                   ) Place: 2500 Tulare Street
                                   )        Ctrm. 13, 5th Floor
                                   )        Fresno, CA
                 Debtor.    )        Judge Lastreto

**NOTICE OF HEARING ON MOTION TO CONFIRM
DEBTOR'S FIRST MODIFIED CHAPTER 13 PLAN**

TO ALL CREDITORS:

PLEASE TAKE NOTICE that on April 8, 2026, at 9:30 a.m., at Bankruptcy Court, 2500 Tulare Street, Fresno, CA, there will be a hearing on the Motion to Confirm Debtor's First Modified Chapter 13 Plan.

Opposition, if any, to the granting of the motion shall be in writing and filed with the United States Bankruptcy Court, Eastern District of California, 2500 Tulare Street, Suite 2501, Fresno, California 93721, and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Any opposition shall be served on:

1.   Debtor's Attorney, Robert S. Williams, 2441 G Street, Suite A, Bakersfield, CA 93301, and

2.   Chapter 13 Trustee, Lilian G. Tsang, P.O. Box 3051, Modesto, CA 95353-3051.

Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Respondents can determine whether the matter has been resolved without oral argument or whether the Court has issued a tentative ruling and can view any pre-hearing disposition by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing. No in-person appearances are permitted. Parties appearing by Zoom or telephonically must view the pre-hearing dispositions prior to the hearing.

DATED: February 26, 2026

/s/ Robert S. Williams
ROBERT S. WILLIAMS,
Attorney for Debtor