Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
2441 G Street, Suite A
Bakersfield, CA 93301
(661) 323-7933 (Fax) 323-9855
bob@kernbankruptcy.law

Attorney for Debtor,
Catherine Thaden
22324 Thompson Canyon Ave
Caliente, CA 9518

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re                          ) Chapter 13
                               ) Case #25-14220-B-13
CATHERINE MARIE THADEN,        ) D.C. #RSW-3
                               )
                               ) Date:  May 13, 2026
                               ) Time:  9:30 a.m.
                               ) Place: Ctrm. 13, 5th Fl.
                               )        2500 Tulare St.
                               )        Fresno, CA
                Debtor.  )      Judge Lastreto

**MOTION TO VALUE COLLATERAL OF
ONEMAIN FINANCIAL**

TO ONEMAIN FINANCIAL:

COMES NOW, CATHERINE THADEN, Debtor herein, and respectfully asks this Court to approve her MOTION TO VALUE COLLATERAL OF ONEMAIN FINANCIAL as follows:

1.   Debtor filed a Chapter 13 bankruptcy on 12/22/2025. The Meeting of Creditors was concluded on 02/26/2026.

2.   This motion is to value the collateral of ONEMAIN FINANCIAL, Creditor, which is the Debtor's 2015 Nissan Frontier with 130,000 miles in very poor condition. Debtor's deceased husband took out a loan on 08/25/2021 and used this vehicle as collateral.

3.   The value of the vehicle is no more than $1,000.00. The

creditor has filed a proof of claim for $20,773.12, claiming a value of $12,700.00. Therefore, this motion proposes to pay the fair market value of $1,000.00 for the vehicle in the plan to Creditor on its secured claim, with the remaining debt being treated as unsecured. A copy of the First Modified Chapter 13 Plan, which was filed on 03/03/26, is included as an exhibit to all interested parties.

WHEREFORE, Debtor prays that this Court approve the MOTION TO VALUE COLLATERAL OF ONEMAIN FINANCIAL, and for such other and further relief as is just.

DATED: March 30, 2026

/s/ Robert S. Williams
ROBERT S. WILLIAMS,
Attorney for Debtor