Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
2441 G Street, Suite A
Bakersfield, CA 93301
(661) 323-7933 (Fax) 323-9855
bob@kernbankruptcy.law

Attorney for Debtor,
Catherine Thaden
22324 Thompson Canyon Ave
Caliente, CA 9518

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Chapter 13 |
| | ) Case #25-14220-B-13 |
| CATHERINE MARIE THADEN, | ) D.C. #RSW-3 |
| | ) |
| | ) Date:  May 13, 2026 |
| | ) Time:  9:30 a.m. |
| | ) Place: Ctrm. 13, 5th Fl. |
| | )        2500 Tulare St. |
| | )        Fresno, CA |
| Debtor. | )        Judge Lastreto |

**NOTICE OF HEARING ON MOTION TO VALUE
COLLATERAL OF ONEMAIN FINANCIAL**

TO ONEMAIN FINANCIAL:

PLEASE TAKE NOTICE that on May 13, 2026, at 9:30 a.m., at Bankruptcy Court, Courtroom 13, Fifth Floor, 2500 Tulare Street, Fresno, California, there will be a hearing on the Debtor's Motion to Value Collateral of ONEMAIN FINANCIAL.

Opposition, if any, to the granting of the motion shall be in writing and filed with the United States Bankruptcy Court, Eastern District of California, 2500 Tulare Street, Suite 2501, Fresno, California 93721, and shall be served and filed with the Court by the responding party at least fourteen (14) calendar days preceding the date or continued date of the hearing. Any opposition shall be served on:

1. Debtor's Attorney, Robert S. Williams, 2441 G Street, Suite A, Bakersfield, CA 93301, and

2. Chapter 13 Trustee, Lilian G. Tsang, P.O. Box 3051, Modesto, CA 95353-3051.

Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion or may result in the imposition of sanctions.

Respondents can determine whether the matter has been resolved without oral argument or whether the Court has issued a tentative ruling and can view any pre-hearing disposition by checking the Court's website at www.caeb.uscourts.gov after 4:00 P.M. the day before the hearing.

All parties or their attorneys who wish to appear at the hearing must sign up by 4:00 p.m. one business day prior to the hearing. Information regarding how to sign up can be found on the Court Appearances page of the Court's website at https://www.caeb.uscourts.gov/new/Calendar/CourtAppearances. Each party/attorney who has signed up will receive a Zoom link or phone number, meeting I.D., and password via e-mail.

DATED: March 30, 2026

/s/ Robert S. Williams
ROBERT S. WILLIAMS,
Attorney for Debtor