Robert S. Williams, #73172
WILLIAMS & WILLIAMS, INC.
Attorneys At Law
2441 G Street, Suite A
Bakersfield, CA 93301
(661) 323-7933 (Fax) 323-9855
bob@kernbankruptcy.law

Attorney for Debtor,
Catherine Thaden
22324 Thompson Canyon Ave
Caliente, CA 9518

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re                               )   Chapter 13
                                     )   Case #25-14220-B-13
CATHERINE MARIE THADEN,   )   D.C. #RSW-3
                                     )
                                     )   Date: May 13, 2026
                                     )   Time: 9:30 a.m.
                                     )   Place: Ctrm. 13, 5th Fl.
                                     )         2500 Tulare St.
                                     )         Fresno, CA
               Debtor.   )         Judge Lastreto

**DECLARATION OF DEBTOR**

I, CATHERINE MARIE THADEN, declare as follows:

1. My deceased husband, Dan G. Whitmore, took out a loan with ONEMAIN FINANCIAL on 8/24/2021 for $22,500.00, using our 2015 Nissan Frontier as collateral. When I filed bankruptcy it had about 130,000 miles on it.

2. When I filed bankruptcy, I believed the vehicle was worth no more than $1,000.00; and I determined that value by the condition of the vehicle and the high mileage. I understand that the amount I must pay is what it would cost for me to buy the same vehicle in the same condition now.

3. Prior to filing bankruptcy and days after my husband passed, I asked the manager at the One Main Bakersfield office to come and retrieve the vehicle. The manager refused to come pick

it up, so the vehicle has been sitting on my property abandoned by One Main for over FOUR YEARS now. The loan that was secured with the Nissan Frontier as collateral was one that my husband took out in HIS NAME ONLY. I had nothing to do with that financial fiasco and tried to give the vehicle to One Main because I refused to pay for a loan that wasn't mine. The body of the 2015 Nissan Frontier has extensive damage on both the passenger and driver's sides. I have sent specific photographs of the vehicle's damage to my Attorney. Also, the back passenger side window had been broken right before my husband's demise, and hasn't been replaced since it was broken over four years ago. The mileage is more than 130,000. I included photos representing the high mileage to my attorney. The "check engine" light has been on for years.

4. I owe $20,773.12; and because the vehicle is worth less than what I owe on it, I am asking the Court to allow me to pay the fair market value of the vehicle in the plan.

I declare under penalty of perjury that the foregoing is true and correct in Caliente, CA.

Dated:3/25/26

/s/ Catherine M. Thaden
Catherine Marie Thaden,
Declarant